**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CLAUDIA URSULA HARRIS COLLITON,

                Plaintiff,                      18 **CIVIL** 5295 (NSR)(AEK)

        -v-                                   **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated July 6, 2021, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. Remand is due to the Supreme Court's statements in Carr v. Saul, 141 S. Ct. 1352 (2021), that a claimant need not raise an Appointments Clause claim before the Agency, but may instead present it for the first time in federal court. Here, following the order of the Court to discuss the Carr decision. Plaintiff has indicated a desire to remand the case. Accordingly, on remand, the Appeals Council will assign Plaintiffs case to a different Administrative Law Judge to further evaluate Plaintiffs claims, offer Plaintiff the opportunity for a new hearing, and issue a new decision.

**Dated:** New York, New York
          July 7, 2021

                                                          **RUBY J. KRAJICK**
                                                           **Clerk of Court**
                                **BY:**  *K. Mango*
                                                           **Deputy Clerk**